**George Paul LAROQUE,**
**Plaintiff—Appellant,**

v.

**Theodis BECK; James E. Langston;**
**Theodore Walker; Heidi Galetschry,**
**Defendants—Appellees.**

No. 09–6588.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 25, 2009.

George Paul LaRoque, Appellant Pro Se.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Paul LaRoque appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *LaRoque v. Beck*, No. 5:09–ct–03025–H (E.D.N.C. Mar. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*